# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JACQUELINE RACENER, et al., individually and on behalf of all others similarly situated,<br><br>   Petitioner,<br><br>v.<br><br>DAVID K. OVERSTREET AND OVERSTREET 2020<br><br>   Respondents. | Case 3:20-cv-01075 |

## PETITIONER'S RULE 41 NOTICE OF VOLUNTARY DISMISSAL

Petitioner, Jacqueline Racener, respectfully moves this Court to dismiss this matter without prejudice pursuant to Federal Rule of Civil Procedure 41 and states as follows:

1. On September 30, 2020, Petitioner filed a Rule 224 Petition in St. Clair County Circuit Court in Illinois, requesting specific and limited discovery related to a series of intrusive and unwanted text messages and images sent to her mobile phone. Petitioner sought this discovery because she believed these communications to her were unlawful, but she needed additional pre-suit discovery because she was not able to identify with reasonable certainty who was responsible for sending these messages given that they were sent from a number she was unfamiliar with.

2. On that same day, Petitioner filed a Temporary Restraining Order directed at Respondents.

3. On October 12, 2020, Respondents removed this case to this Court. ECF No. 1.

4. On October 13, 2020, Petitioner filed a motion for remand. ECF No. 5.

5. On October 28, 2020, this Court denied Petitioner's motion for remand and ordered Petitioner to file a complaint "on or before November 10, 2020[.]" ECF No. 18.

1

As such, Petitioner respectfully requests that this Court immediately dismiss this matter without prejudice pursuant to Federal Rule of Civil Procedure 41.

Dated: November 4, 2020          **THE DRISCOLL FIRM, P.C.**

                                                  By:  */s/ John J. Driscoll*
                                                          John J. Driscoll, #6276464
                                                          211 N. Broadway, Suite 4050
                                                          St. Louis, Missouri 63012
                                                          Phone: (314) 932-3232
                                                          Fax: (314) 932-3233
                                                          john@thedriscollfirm.com

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on November 4, 2020, the foregoing document was electronically filed with the Clerk of Court to be served by operation of the Court's CM/ECF system upon all counsel of record.

                                                        */s/ John J. Driscoll*