# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JACQUELINE RACENER, | ) |
| *Plaintiff,* | ) ) ) Case No. 20-cv-1075-RJD |
| vs. | ) |
| DAVID K. OVERSTREET and OVERSTREET 2020, | ) ) ) |
| *Defendants.* | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 6, 2020 this case is DISMISSED without prejudice. Each party to bear their own costs.

**DATED:** November 6, 2020

                                                      **MARGARET M. ROBERTIE**
                                                      **CLERK OF COURT**

                                                      **By:** *s/ Jamie Melson*
                                                             **Deputy Clerk**

**APPROVED:**

*s/ Reona J. Daly*
**HON. REONA J. DALY**
**UNITED STATES MAGISTRATE JUDGE**